HUTCHINSON TECHNOLOGY, INC., Petitioner-Appellant-Petitioner,

v.

LABOR AND INDUSTRY REVIEW COMMISSION and Susan Roytek, Respondents-Respondents.

Supreme Court

*No. 02–3328. Decided October 29, 2004.*

2004 WI 132

(Also reported in 688 N.W.2d 654.)

¶ 1. PER CURIAM.  The motion for reconsideration is denied, with $50.00 costs.

¶ 2.  LOUIS B. BUTLER, JR., J., did not participate.